# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE DIVISION

In re  MICHAEL ALAN CADDEN  Case No. 18-11362-TWD
       SINEAD ANNE CADDEN

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Afni, Inc. | State Farm Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Afni, Inc.
c/o Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Court Claim # (if known): 9
Amount of Claim: $4,359.72
Date Claim Filed: 5/21/2018

Email: proofofclaim@becket-lee.com
Phone: 610-228-2570
Last Four Digits of Acct #: 2289
Last Four of Alternate Acct #:

Email: proofofclaim@becket-lee.com
Phone: 610-228-2570
Last Four Digits of Acct #: 2289
Last Four of Alternate Acct #:

Name and Address where transferee payments should be sent (if different from above):

Email: payments@becket-lee.com
Phone:
Last Four Digits of Acct #:
Last Four of Alternate Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Butler  Date: 3/4/2021

Larry Butler, Claims Administrator
Becket & Lee LLP

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*