| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Michael Alan Cadden |
| Debtor 2 (Spouse, if filing) | Sinead Anne Cadden |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number | 18-11362 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BANK OF AMERICA, N.A.

**Court claim no.** (if known): 13

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/20/2021

**Last 4 digits** of any number you use to identify the debtor's account: 5200

**New total payment:** $ 197.83
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%
   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: NUMBER OF DAYS IN BILLING CYCLE HAS CHANGED

   Current mortgage payment: $ 178.68    New mortgage payment: $ 197.83

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | Michael Alan Cadden | | | Case number (if known) 18-11362 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Robert Burton  
Signature

Date 04/27/2021

Print: Robert Burton  
Title: Assistant Vice President

Company: Bank of America

Address: 4161 Piedmont Parkway  
Number        Street  
Greensboro, NC  27410  
City                State     ZIP Code

Contact phone (336) 854-6425

Email robert.burton@bofa.com

Chapter: 13 No. 18-11362
Judge: TIMOTHY W. DORE

In re:

Michael Alan Cadden

Sinead Anne Cadden

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on 04/27/2021, I caused to be served a copy of this Notice and all attachments on the following by U.S. Mail, postage pre-paid, or via filing with the U.S. Bankruptcy Court's CM ECF system.

Debtor: Michael Alan Cadden
10311 Sand Point Way NE
Seattle, WA 98125-8155

Co-Debtor: Sinead Anne Cadden
10311 Sand Point Way NE
Seattle, WA 98125-8155

Debtor's Attorney: JACOB D DEGRAAFF
787 Maynard Ave S
Seattle, WA 98104-2987

Trustee: JASON WILSON-AGUILAR
600 University St Ste 1300
Seattle, WA 98101-4102

/s/ Irene Zhao

LCI
(as Authorized Agent for Bank of America N.A.)
111 Anza Blvd Suite 310
Burlingame, CA 94010
650.342.9486 (x250)
izhao@lciinc.com